**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **HORIZON ORGANIC DAIRY, LLC** § | | |
| a Delaware corporation, § | | |
| § | | |
| **Plaintiff,** § | | |
| VS. § | NO. _____ | |
| § | | |
| **ORGANIC WEST MILK, INC.,** § | | |
| a California corporation, and § | | |
| **WILLIAM MATTHEW WOODIE,** § | | |
| an individual § | | |
| § | | |
| **Defendant.** § | | |

**PLAINTIFF'S CERTIFICATE**
**OF INTERESTED PERSONS**

Pursuant to Local Rule 3.1(c) and Federal Rule of Civil Procedure 7.1(a), Plaintiff HORIZON ORGANIC DAIRY, LLC certifies that it is aware of the following interested persons:

1. Horizon Organic Dairy, LLC
2. WWF Operating Company
3. The WhiteWave Foods Company
4. William Matthew Woodie
5. Organic West Milk, Inc.
6. Leonard Vandenberg
7. Gage Stueve
8. Bill Van Ryn
9. Keystone Dairy, Inc.
10. Jonathan Dietrich
11. Melissa Dietrich

12. Brad Green

13. American AG Ventures, Inc.

SIGNED this 14th day of April, 2015.

Respectfully submitted,

RINEY & MAYFIELD LLP
 Thomas C. Riney – TBN 16935100
 triney@rineymayfield.com
 W. Heath Hendricks – TBN 24055651
 hhendricks@rineymayfield.com
600 Maxor Building
320 South Polk Street
Amarillo, Texas 79101
(806) 468-3200; Fax (806) 376-4509

*/s/ Thomas C. Riney*
By_____
Thomas C. Riney

*ATTORNEYS FOR PLAINTIFF*