# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| HORIZON ORGANIC DAIRY, LLC, a Delaware corporation, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Cause No. 2:15-cv-00123-J |
| ORGANIC WEST MILK, INC., a California corporation, and WILLIAM MATTHEW WOODIE, an individual, | § § § § | |
| *Defendants*. | § § | |

_____

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES
_____

TO THE HONORABLE COURT:

Pursuant to the Court's Original Rule 16 Scheduling Order of June 17, 2015, Plaintiff

designates the following expert witness:

Gregg Morgan
BROWN GRAHAM & COMPANY, P.C.
7431 Continental Parkway
Amarillo, Texas  79114
(806) 355-8241

DATED this 24th day of August, 2015.

Respectfully submitted,


By: /s/ W. Heath Hendricks
    Thomas C. Riney, TBN 16935100
    triney@rineymayfield.com
    W. Heath Hendricks, TBN 24055651
    hhendricks@rineymayfield.com
    Riney & Mayfield, LLP
    320 S. Polk Street, Suite 600
    Maxor Building
    Amarillo, Texas  79101
    (806) 468-3200; Fax (806) 376-4509


    -and-

    Edward C. Stewart, Colorado Bar #23834
    (admitted *pro hac vice*)
    stewart@wtotrial.com
    Tamera D. Westerberg, Colorado Bar #29859
    (admitted *pro hac vice*)
    westerberg@wtotrial.com
    Wheeler Trigg O'Donnell, LLP
    370 17th Street, Suite 4500
    Denver, Colorado  80202
    (303) 244-1800; Fax (303) 244-1879


    *ATTORNEYS FOR PLAINTIFF*
    *HORIZON ORGANIC DAIRY, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2015, I electronically filed the foregoing document with the Clerk of the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Jeremi K. Young                                         _____Hand Delivery
YOUNG LAW FIRM, P.C.                      _____Certified Mail, RRR
1001 S. Harrison, Suite 200                 _____Facsimile
Amarillo, Texas 79101                    _____Regular Mail
                                                  \_\_\_X\_\_Email jyoung@youngfirm.com

     *ATTORNEY FOR MATTHEW WOODIE*

Tim Newsom                                           _____Hand Delivery
Brian W. Farabough                          _____Certified Mail, RRR
LOVELL, LOVELL, NEWSOM & ISERN, LLP      _____Facsimile
Eagle Centre Building                       _____Regular Mail
112 W. 8th, Suite 1000                    \_\_\_X\_\_Email tim@lovell-law.net
Amarillo, Texas 79101                                brian@lovell-law.net

     *ATTORNEYS FOR ORGANIC WEST MILK, INC.*

                                 */s/W. Heath Hendricks*
                                 W. Heath Hendricks